No. 108. NORTH AMERICAN CEMENT CORP. *v.* GRAVES ET AL. Argued December 8, 1936. Decided December 21, 1936. *Per Curiam:* Judgment affirmed upon the ground that the statute (§ 214, Art. 9–A, of the Tax Law of the State of New York) is valid upon its face and it has not been shown to have been so applied as to violate appellants' constitutional rights. *Bass, Ratcliff & Gretton, Ltd.* v. *State Tax Comm'n,* 266 U. S. 271. *Messrs. Henry S. Manley* and *Charles J. Tobin* for appellant. *Mr. Wendell P. Brown,* Assistant Attorney General of New York, with whom *Mr. John J. Bennett, Jr.,* Attorney General, was on the brief, for appellees.